CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 29 2007

JOHN F. CORCORAN, CLERK
BY: /s/ Taylor
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| ROY STEVE DAVIS, ) | |
|     Petitioner, ) | Civil Action No. 7:07cv00550 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| TERRY O'BRIEN, ) | By: Hon. Glen E. Conrad |
|     Respondent. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ADJUDGED and ORDERED**

that the instant habeas petition, filed pursuant to 28 U.S.C. § 2241, shall be **DISMISSED** without prejudice to petitioner's right to raise the claims therein in a properly filed civil rights action. This action is hereby **STRICKEN** from the active docket of the court, and any pending motions are hereby **DENIED as MOOT**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 28th day of November, 2007.

/s/ Glen E. Conrad
United States District Judge